UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter: 13 |
| STEPHANIE BURGESS, | Case No: 13-36273 gmh |
| Debtor. | |

| | |
|---|---|
| STATE OF WISCONSIN, | Adversary No: 2014-02147 gmh |
| Plaintiff, | |
| v. | |
| STEPHANIE BURGESS, | |
| Defendant. | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, by its attorneys of record herein, moves for a Default Judgment in accordance with the demands of the Complaint. An Affidavit of Default and the Affidavit of LaSonia McGee in support of the Motion for Default are being filed contemporaneously herewith.

Dated this 28th day of April, 2014

J.B. VAN HOLLEN
Attorney General

F. MARK BROMLEY
Assistant Attorney General
State Bar #1018353
Attorneys for State of Wisconsin

F. Mark Bromley, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Phone: 608/264-6201
Fax: 608/267-8906
bromleyfm@doj.state.wi.us

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter: 13 |
| STEPHANIE BURGESS, | Case No: 13-36273 gmh |
| Debtor. | |

| | |
|---|---|
| STATE OF WISCONSIN, | Adversary No: 2014-02147 gmh |
| Plaintiff, | |
| v. | |
| STEPHANIE BURGESS, | |
| Defendant. | |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

TO:   Stephanie Burgess
      3936 North 53rd Street
      Milwaukee, WI 53216

**PLEASE TAKE NOTICE**, the State of Wisconsin ("the State"), by its attorneys, Attorney General J.B. Van Hollen and Assistant Attorney General F. Mark Bromley, has filed a motion for default judgment with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the State's Motion For Default Judgment, or if you want the Court to consider your views on the Motion, then **on or before twenty-one days after**

F. Mark Bromley, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Phone: 608/264-6201
Fax: 608/267-8906
bromleyfm@doj.state.wi.us

the date of this Notice, (May 19, 2014), you or your attorney must file with the Court a written request for a hearing at:

>Clerk, U.S. Bankruptcy Court
>517 East Wisconsin Avenue
>Milwaukee, WI 53202

If you mail your request for a hearing to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

>F. Mark Bromley
>Wisconsin Department of Justice
>Post Office Box 7857
>Madison, WI 53707-7857

**IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated this 28th day of April, 2014

>J.B. VAN HOLLEN
>Attorney General
>
>F. MARK BROMLEY
>Assistant Attorney General
>State Bar #1018353
>Attorneys for State of Wisconsin

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>STEPHANIE BURGESS,<br>Debtor. | Chapter: 13<br><br>Case No: 13-36273 gmh |
| STATE OF WISCONSIN,<br>Plaintiff,<br><br>v.<br><br>STEPHANIE BURGESS,<br>Defendant. | Adversary No: 2014-02147 gmh |

### CERTIFICATE OF SERVICE

This is to certify that on April 28, 2014, I caused to be served a copy of the State of Wisconsin's Motion For Default Judgment, Notice Of Motion For Default Judgment, Affidavit of Default and Non-Military Service, Affidavit of LaSonia McGee and the proposed Order For Judgment of Non Dischargeability on defendant Stephanie Burgess via first-class mail, by having said copies placed in the United States Mail, postage paid, addressed as follows:

Stephanie Burgess
3936 North 53rd Street
Milwaukee, WI 53216

Dated this 28th day of April, 2014

J.B. VAN HOLLEN
Attorney General

*[signature]*

F. MARK BROMLEY
Assistant Attorney General
State Bar #1018353
Attorneys for State of Wisconsin

F. Mark Bromley, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Phone: 608/264-6201
Fax: 608/267-8906
bromleyfm@doj.state.wi.us